FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se       _____ As counsel for:   _____
                                            Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   _____ Amicus curiae   _____ Cross Appellant

_____ Appellant    _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant       _____ Respondent or appellee

My address and telephone are:

Name:               _____
Law firm:           _____
Address:            _____
City, State and ZIP: _____
Telephone:          _____
Fax #:              _____
E-mail address:     _____

Statement to be completed by counsel only (select one):

_____   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____   I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____   I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes     _____ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 20, 2015                          /s/ Jay P. Kesan
_____                            _____
     Date                                 Signature of pro se or counsel

cc: _____