NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE VIRTUALAGILITY INC.**

---

2015-1236

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00024.

---

**O R D E R**

Salesforce.com, Inc. informs the court that it will not be participating in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The revised official caption is reflected above. The Deputy Director should promptly inform the court if she intends to participate in this appeal.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25